**ISR**
Trelawney Kitchen (10374)
LAW OFFICES OF SEMHA ALWAYA, APC
2000 Powell Street, Suite 125
Emeryville, California 94608
Phone: (510) 595-7900
Facsimile: (510) 595-9049
Email: tjkitchen@alwayalaw.com
AND
L. Kristopher Rath (5749)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email: Krath@hutchlegal.com
Email: cmilanowski@hutchlegal.com

Attorney for Plaintiff
COLONY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, | Case No. 2:17-cv-00888-RFB-PAL |
| Plaintiff, | **INTERIM SIXTY (60) DAY STATUS REPORT** |
| vs. | |
| NATIONAL FIRE AND MARINE INSURANCE COMPANY; FIREMANS FUND INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants | |

Pursuant to the Court's Minute Order dated December 21, 2017 (Doc. #37), the Parties through their respective attorneys of record submit this Interim Sixty (60) Day Status Report for the Court's review:

///

///

///

1. <u>Status of Underlying District Court Case - *Ceccarelli Revocable Living Trust, et al v. Centex Homes*, Clark County District Court, Case No. A-15-722350-D ("*Ceccarelli Action*")</u>:

As previously indicated to the Court, a settlement has been agreed to and the parties are in the process of documenting the same. Per the District Court docket, the <u>Ceccarelli</u> Court scheduled a status check for January 17, 2018 to follow up on the status of the settlement documents. In addition, the <u>Ceccarelli</u> Court cancelled the January 3, 2018 calendar call and vacated the January 22, 2018 jury trial. The January 17, 2018 status conference was continued to February 7, 2018. At the continued status conference, counsel represented to the Court that matter had been completely settled and that the parties anticipated that the settlement agreement would be approved soon. The District Court continued the status conference to April 11, 2018.

2. <u>Status of Underlying District Court Case - *Alstatt, et al v. Centex Homes, et al.,* Clark County District Court, Case No. A-13-683173-D ("*Alstatt Action*")</u>:

As previously indicated to the Court, on November 3, 2017, Plaintiffs filed their Second Amended Complaint.

Further, on October 16, 2017, Plaintiffs filed a Motion to Continue Trial (the then current trial date was January 2, 2018). On October 31, 2017, the *Alstatt* Court granted Plaintiffs' Motion to Continue Trial and set the calendar call May 9, 2018, and the jury trial for May 21, 2018.

In addition, a mandatory settlement conference took place on December 7, 2017. The matter did not settle.

Since December 21, 2017, the date of the last status conference before this Court, the following has occurred in the *Alstatt* action:

    a.    A third Amended Complaint was filed on December 29, 2017;

    b.    Multiple motions for determination of good faith settlement were filed; and

c. A motion, and joinders to the same, was filed regarding reconsideration/clarification of a previous order denying a motion for partial summary judgment regarding the application of joint and several liability with a hearing being set for March 1, 2018 for the same.

As of the date of this Interim Status Report, the calendar call set for May 9, 2018, and the jury trial set for May 21, 2018 stand.

3. <u>Requested Action to be taken by this Court</u>:

The Parties request the Court to maintain the current temporary stay of this matter. Further, the Parties will submit an additional status report on or before April 23, 2018 pursuant to this Court's Minute Order dated December 21, 2017 (Doc. #37).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. <u>Other Pending Motions, Orders, or Other Matters</u>: There are no motions, orders, or other matters that require the Court's attention at this time.

DATED this 20th day of February, 2018.

HUTCHISON & STEFFEN, PLLC

*/s/ Cynthia G. Milanowski*
_____
L. Kristopher Rath (5749)
Cynthia G. Milanowski (5652)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145

Trelawney Kitchen (10374)
LAW OFFICES OF SEMHA ALWAYA, APC
2000 Powell Street, Suite 125
Emeryville, California 94608
*Attorneys for Plaintiff,*
*Colony Insurance Company*

DATED this 20th day of February, 2018.

SHIVES & ASSOCIATES LIMITED

*/s/ Martin L. Shives*
_____
Martin L. Shives (7910)
Timothy P. Kitt (11828)
Shives & Associates Limited
7473 West Lake Mead Drive, Suite 100
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*National Fire & Marine Insurance Company*

DATED this 20th day of February, 2018.

HAIGHT, BROWN & BONESTEEL, LLP

*/s/ Kristian Moriarty*
_____
Michael Leahy (Cal. Bar 82247)
Kristian Moriarty (Cal. Bar 291557)
2050 Main St., Suite 600
Irvine, CA 92614
*Attorneys for Defendant*
*Firemans Fund Insurance Company*

**IT IS ORDERED** that the temporary stay will remain in place and the parties shall have until **April 23, 2018**, to submit a status report.

Dated: February 21, 2018

_____
Peggy A. Leen
United States Magistrate Judge

4