1  Martin L. Shives, Esq. (Bar No. 7910)
   Damon A. Stemen, Esq. (Bar No. 6832)
2  SHIVES & ASSOCIATES LIMITED
   7473 West Lake Mead Drive, Suite 100
3  Las Vegas, Nevada 89128
   Telephone: (702) 562-8188
4  Facsimile: (702) 947-4696
   martinshives@summers-shives.com
5  damonstemen@summers-shives.com

6

7  Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY,
   erroneously sued as NATIONAL FIRE AND MARINE INSURANCE COMPANY
8

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11 COLONY INSURANCE COMPANY,          ) Case No.: 2:17-cv-00888-RFB-PAL
                                      ) (Removed from Clark County District
12      Plaintiff,                    ) Court, Case No. A-17-751323-C)
                                      )
13 vs.                                ) **DEFENDANT NATIONAL FIRE &**
                                      ) **MARINE INSURANCE COMPANY'S**
14 NATIONAL FIRE AND MARINE           ) **NOTICE OF CHANGE OF**
   INSURANCE COMPANY;                 ) **HANDLING ATTORNEY AND**
15 FIREMAN'S FUND INSURANCE           ) **DESIGNATION OF COUNSEL FOR**
   COMPANY; and DOES 1 through 10,    ) **SERVICE**
16 inclusive,                         )
                                      )
17      Defendants.                   ) Complaint filed:    March 7, 2017
   _____) Removal date:       March 29, 2017
18

19 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20      PLEASE TAKE NOTICE that, effective immediately, the handling attorneys in

21 this matter for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY,

22 will be Martin L. Shives, Esq. and Damon A. Stemen, Esq., as stated above. Mr. Shives

23 shall be the lead attorney. Mr. Shives and Mr. Stemen shall be designated as counsel

24 for service in this matter until further notice, in place and instead of Timothy P. Kitt,

25 Esq.

26      Therefore, please remove Timothy P. Kitt, Esq. from your service list, and direct

27 all future pleadings, correspondences and any inquires to Martin L. Shives, Esq. and

28 Damon A. Stemen, Esq. concerning NATIONAL FIRE & MARINE INSURANCE

COMPANY and/or this matter, in accordance with the contact information referenced above.

Respectfully submitted,

SHIVES & ASSOCIATES LIMITED

Dated: 3/6/18          By: _____

Martin L. Shives, Esq.
Damon A. Stemen, Esq.
Attorneys for Defendant NATIONAL FIRE &
MARINE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2018        _____

HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

NATIONAL FIRE'S NOTICE OF CHANGE OF HANDLING ATTORNEY & DESIGNATION FOR SERVICE

| UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA (LAS VEGAS) | FOR COURT USE ONLY |
|---|---|

TITLE OF CASE (Abbreviated)
*Colony Insurance Company v. National Fire and Marine Insurance Company, et al.*

ATTORNEY(S) NAME AND ADDRESS
Martin L. Shives, Esq. (SBN: 7910)
Timothy P. Kitt, Esq. (SBN: 11828)
**SHIVES & ASSOCIATES LIMITED**
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128

TELEPHONE
(702) 562-8188

FAX: (702) 947-4696

ATTORNEY(S) FOR:
Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY

HEARING: DATE-TIME-DEPT

CASE NUMBER
2:17-CV-00888-RFB-PAL

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 8525 Gibbs Drive, Suite 115, San Diego, California 92123-1758.

I served the following document(s):

### DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY'S NOTICE OF CHANGE OF HANDLING ATTORNEY AND DESIGNATION OF COUNSEL FOR SERVICE

**X**    **BY ELECTRONIC FILING**: By attaching a true copy of the above-entitled document(s) to the E-Filing System of the United States District Court, District of Nevada on March 6, 2018. The file transmission was reported as complete and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

\_\_    **BY MAIL**: By placing a true copy in a sealed envelope addressed as indicated above, on March 6, 2018. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the States of California and Nevada that the foregoing is true and correct and that this declaration was executed on March 6, 2018, at San Diego, California.

_____
**JEANNE M. RODEN**