Trelawney Kitchen (10374)
LAW OFFICES OF SEMHA ALWAYA, APC
2000 Powell St., Suite 125
Emeryville, CA 94608
P: (510) 595-7900
F: (510) 595-9049
e-mail: tjkitchen@alwayalaw.com
and
L. Kristopher Rath (5749)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
P: (702) 385-2500
F: (702) 385-2086
e-mail: krath@hutchlegal.com
e-mail: cmilanowski@hutchlegal.com

Attorneys for Plaintiff
Colony Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, | Case No: 2:17-cv-00888-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE MATTER WITH PREJUDICE** |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff COLONY INSURANCE COMPANY ("Plaintiff"), by and through its counsel of record, L. Kristopher Rath and Cynthia G. Milanowski of Hutchison & Steffen, PLLC and Trelawney Kitchen of the Law Offices of Semha Alwaya; Defendant NATIONAL

FIRE & MARINE INSURANCE COMPANY (erroneously sued as National Fire and Marine Insurance Company ("National Fire"), by and through its counsel of record, Martin L. Shives of Shives & Associates, and Defendant FIREMAN'S FUND INSURANCE COMPANY, by and through its counsel of record J. Bruce Alverson and Karie N. Wilson of Alverson, Taylor, Mortensen & Sanders and Michael Leahy and Kristian Moriarty of Haight, Brown & Bonesteel, LLP, that the matter of *COLONY INSURANCE COMPANY v. NATIONAL FIRE & MARINE INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY*; and DOES 1 through 10, inclusive, Case No. 2:17-cv-00888, and each and every cause of action alleged therein, shall be dismissed with prejudice, with each side to bear its own legal fees and costs.

**IT IS SO STIPULATED.**

Dated this 26th day of June, 2018.

HUTCHISON & STEFFEN, PLLC

L. Kristopher Rath (5749)
Cynthia G. Milanowski (5652)
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff
Colony Insurance Company*

Dated this 26th day of June, 2018.

LAW OFFICES OF SEMHA ALWAYA, APC

*/s/ Trelawney Kitchen*

Trelawney Kitchen (10374)
2000 Powell St., Suite 125
Emeryville, CA 94608
*Attorneys for Plaintiff
Colony Insurance Company*

///

///

///

///

///

///

Dated this 26 7th day of June, 2018.

SHIVES & ASSOCIATES LIMITED

/s/ Martin Shives

Martin L. Shives (7910)
7473 W. Lake Mead Dr., Suite 100
Las Vegas, NV 89128
*Attorneys for Defendant*
*National Fire & Marine Insurance Company*

Dated this ____ day of June, 2018.

HAIGHT, BROWN & BONESTEEL, LLP

_____
Michael Leahy (Cal. Bar 82247)
Kristian Moriarty (Cal. Bar 291557)
2050 Main St., Suite 600
Irvine, CA 92614
*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

Dated this ____ day of June, 2018.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
J. Bruce Alverson (1339)
Karie N. Wilson (7957)
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2018

| | |
|---|---|
| Dated this ___ day of June, 2018. | Dated this ___ day of June, 2018. |
| SHIVES & ASSOCIATES LIMITED | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| _____ | _____ |
| Martin L. Shives (7910) | J. Bruce Alverson (1339) |
| 7473 W. Lake Mead Dr., Suite 100 | Karie N. Wilson (7957) |
| Las Vegas, NV 89128 | 6605 Grand Montecito Pkwy, Suite 200 |
| *Attorneys for Defendant* | Las Vegas, NV 89149 |
| *National Fire & Marine Insurance Company* | *Attorneys for Defendant* |
| | *Fireman's Fund Insurance Company* |

Dated this 25th day of June, 2018.

HAIGHT, BROWN & BONESTEEL, LLP

_____
Michael Leahy (Cal. Bar 82247)
Kristian Moriarty (Cal. Bar 291557)
2050 Main St., Suite 600
Irvine, CA 92614
*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____

| | |
|---|---|
| Dated this ___ day of June, 2018. | Dated this 27th day of June, 2018. |
| SHIVES & ASSOCIATES LIMITED | ALVERSON, TAYLOR, MORTENSEN & SANDERS |

_____  /s/ Karie N. Wilson
Martin L. Shives (7910)   J. Bruce Alverson (1339)
7473 W. Lake Mead Dr., Suite 100   Karie N. Wilson (7957)
Las Vegas, NV 89128   6605 Grand Montecito Pkwy, Suite 200
*Attorneys for Defendant*   Las Vegas, NV 89149
*National Fire & Marine Insurance Company*   *Attorneys for Defendant*
  *Fireman's Fund Insurance Company*

Dated this _____ day of June, 2018.

HAIGHT, BROWN & BONESTEEL, LLP

_____
Michael Leahy (Cal. Bar 82247)
Kristian Moriarty (Cal. Bar 291557)
2050 Main St., Suite 600
Irvine, CA 92614
*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____